RALPH P. GUENTHER, Esq. 124245
rguenther@guentherlawgroup.com
GUENTHER|MILLER LAW GROUP
601 S Main Street
Salinas, CA 93901

(831) 783-3440

Attorney for Debtor and Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>    CASSANDRA L. HIGLESIAS,<br><br>              Debtor. | Case No. 21-51125HLB<br><br>Chapter 13<br><br>Adversary Proceeding No. 21- |
| CASSANDRA L. HIGLESIAS,<br><br>           Plaintiff,<br><br>vs.<br><br>Domain Motors, LLC,<br><br>           Defendant. | **COMPLAINT TO TURNOVER OF PROPERTY OF THE ESTATE UNDER 11 U.S.C. § 542(A)** |

      Plaintiff, Cassandra L. Higlesias, files this complaint seeking a judgment against Defendant, Domain Motors, LLC, for turnover of Plaintiff's 2009 BMW 535i (the "Vehicle") pursuant to 11 U.S.C. § 542(a). Defendant repossessed the Vehicle prior to the filing of Plaintiff's chapter 13 bankruptcy petition on August 25, 2021.

///

## JURISDICTION AND VENUE

1. This adversary proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(EI), relating to the bankruptcy case currently pending under the caption of *In re Cassandra L. Higlesias*, Debtor, Case No. 21-51125, filed under Chapter 13 of Title 11, the United States Code, (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California, San Jose Division, on August 25, 2021. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157(a) and 1334 and Bankruptcy Local Rule 5011-1.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1409.

## PARTIES

3. Plaintiff is an individual and the debtor in the above referenced chapter 13 bankruptcy case. She resides in Marina, Monterey County, California.

4. Defendant is a valid limited liability company formed under laws of the State of California on June 6, 2017. Defendant does business in Santa Cruz County, California.

## FACTUAL BACKGROUND

5. On June 21, 2021, Plaintiff purchased the Vehicle from Defendant for $15,995.00. Plaintiff made a $7,500.00 down payment towards the purchase. Defendant agreed to finance the balance of the purchase price. A copy of the purchase contract is attached hereto as Exhibit A and incorporated herein by this reference.

6. On or about July 31, 2021, Defendant repossessed the Vehicle after Plaintiff defaulted on the loan with Defendant.

7. Defendant filed a chapter 13 bankruptcy petition on August 25, 2021. Defendant's attorney promptly gave notice of the bankruptcy filing to Defendant.

8. In her Schedule A/B filed at the time of her bankruptcy petition, Plaintiff listed the Vehicle with a value of $12,126.00. In her Schedule C filed at the time of her bankruptcy petition, Plaintiff listed the equity in the amount of $525.12 as exempt. The Chapter 13 Plan provides for full payment of Defendant's claim.

9. Plaintiff uses the Vehicle for her personal transportation and to generate income necessary to fund her Chapter 13 Plan.

GUENTHER | MILLER
LAW GROUP
601 South Main Street
Salinas CA 93901

10. Defendant has failed and refused to return the Vehicle to Plaintiff..

## COUNT 1

### (11 U.S.C. § 542(a))

11. Plaintiff realleges and incorporates by this reference each of the allegations set forth in Paragraphs 1 through 10 above as if the same were fully set forth at this point.

12. Pursuant to 11 U.S.C. § 541(a), the Vehicle possessed by Defendant constitutes property of the estate.

13. Upon information and belief, Defendant remains in possession of the Vehicle.

14. Although Defendant received notice of Plaintiff's bankruptcy, Defendant has failed and refused to turn over possession of the Vehicle to Plaintiff.

15. Plaintiff is entitled to a judgment requiring Defendant deliver possession of the Vehicle to Plaintiff pursuant to 11 U.S.C. § 542(a).

## RELIEF SOUGHT

**WHEREFORE,** Plaintiff prays for a judgment as follows:

1. For judgment that Defendant be compelled to deliver possession of the Vehicle to Plaintiff; and

2. For such other and further relief as this Court deems just and property.

Date: August 31, 2021                                GUENTHER|MILLER LAW GROUP

*/s/Ralph P. Guenther*
Ralph P. Guenther, Esq.
Attorney for Plaintiff